# EXHIBIT A

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253**
**Trasnfers from Akorn Operating Company LLC to Beth Zelnick Kaufman**

| Transfer Date | Transfer Description | Transfer Amount | Avoidable Transfer Amount |
|---|---|---|---|
| 11/25/2022 | Salary | $ 31,730.77 | $ 10,932.69 |
| 12/9/2022 | Salary | $ 31,730.77 | $ 10,932.69 |
| 12/23/2022 | Salary | $ 31,730.77 | $ 10,932.69 |
| 1/6/2023 | Salary | $ 31,730.77 | $ 10,932.69 |
| 1/20/2023 | Salary | $ 31,730.77 | $ 10,932.69 |
| 1/27/2023 | Retention Bonus | $ 325,000.00 | $ 325,000.00 |
| 2/3/2023 | Salary | $ 31,730.77 | $ 10,932.69 |
| 2/17/2023 | Salary | $ 31,730.77 | $ 10,932.69 |
| 2/22/2023 | Consulting Retainer | $ 268,125.00 | $ 92,625.00 |
| 2/23/2023 | Salary | $ 28,557.69 | $ 9,839.42 |
| | | $ 843,798.08 | $ 503,993.25 |